In the Matter of the Claim of FELICIDAD YBARSABAL, Respondent, v. LONG ISLAND COLLEGE HOSPITAL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

In the Matter of the Claim of DONNA E. CARROLL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.